UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RUDOLPH BETANCOURT,
    Plaintiff,

vs.

3880 COCONUT CREEK MEDICAL
CENTER LLC,
FLORIDA STORES INVESTMENTS, LLC.
d/b/a ORION GAS STATION, and
OMAC REAL ESTATE, LLC.,
    Defendants.

Case No. 23-cv-62293-AMC

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
### AGAINST DEFENDANT, 3880 COCONUT CREEK MEDICAL CENTER LLC, *ONLY*

Plaintiff, RUDOLPH BETANCOURT, by and through undersigned counsel, hereby

dismisses this matter without prejudice against the Defendant, 3880 COCONUT CREEK

MEDICAL CENTER LLC, *only,* pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully Submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
*Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
(561) 573-2106
GGoldstein@G2Legal.net

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
*Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
(561) 571-0646
WassenbergL@gmail.com